IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO.: 4:08cr50-SPM

CHRISTOPHER JACQUETTE,
a/k/a Comp,
    and
LAWRENCE SECREASE,
a/k/a Law,

    Defendants.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, the Government's First Motion to Continue Sentencing (doc. 67) is granted. The sentencing hearings for Defendants Jacquette and Secrease are reset for 1:30 p.m. on April 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 6th day of February, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge